United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TINIEUS AMADEUS WALKER,
Plaintiff,

v.

EDWARD BORLA, et al.,
Defendants.

Case No. 26-cv-02546-TLT

**ORDER OF DISMISSAL**

ECF 2, 9

Plaintiff's complaint was filed on March 24, 2026. Dkt. No. 1. That same day, the Clerk of the Court informed plaintiff that this action was deficient because he had not submitted the right *in forma pauperis* (IFP) application form. The Clerk's deadline to submit the appropriate form passed, and on June 5, 2026 the court granted plaintiff an extension of time to July 3, 2026 to file the completed form, warning plaintiff that failure to file would result in dismissal of the case. Dkt. No. 9. This deadline has passed, and plaintiff has not submitted the required documents nor communicated with the Court in any way since.

The Court therefore DISMISSES this action without prejudice. Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion must be accompanied by either payment of the full filing fee or a completed IFP application.

IT IS SO ORDERED.

Dated: August 14, 2026

TRINA L. THOMPSON
United States District Judge